UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA IGNACIO,<br><br>                        Plaintiff,<br>vs.<br><br>THE HOME DEPOT, INC., THYSSENKRUPP ELEVATOR AND DOES 1 TO 20,<br><br>                        Defendants. | Case No. 18-cv-00107-HSG<br><br>**STIPULATION FOR DISMISSAL** |

The parties to this case hereby submit this Stipulated Request for Dismissal pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii). The parties have settled the matter and all terms of the settlement have been agreed upon and performed. This dismissal of Plaintiff's claims are with prejudice. It is so stipulated through counsel of record.

DATED: April 6, 2018                      GOODMAN NEUMAN HAMILTON LLP

                                                  By:   */s/ Zachary S. Tolson*
                                                        ZACHARY S. TOLSON
                                                        Attorneys for Defendant
                                                        HOME DEPOT U.S.A., INC.

DATED: April 6, 2018                      LAW OFFICES OF IAN ZIMMERMAN

                                                    By:   */s/ Ian Zimmerman*
                                                        IAN ZIMMERMAN
                                                        Attorneys for Plaintiff
                                                        ALICIA IGNACIO

DATED: April 6, 2018                      CLINTON & CLINTON

                                                      By:   */s/ Mark Brueggeman*
                                                        CHRISTOPHER OLSEN
                                                       MARK BRUEGGEMAN
                                                       Attorneys for Defendant
                                                        THYSSENKRUPP ELEVATOR

Goodman Neuman Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400